UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Chapter 13 Case No. 14-07929-jtg |
|     KELLI ANN O'BRIEN | Hon. John T. Gregg |
|               DEBTOR     / | Case Filed on December 29, 2014 |

The undersigned certifies that on <u>April 20, 2017</u> he served Notice of Hearing on

Rogue River Community Credit Union's Motion for Relief from Stay on the following:

| Kelli Ann O'Brien<br>3785 - 13 Mile Rd NW<br>Sparta, MI 49345<br><br>Rogue River Community Credit Union<br>485 S. State St.<br>Sparta MI  49345-1520 | Chad Erbes<br>34 Ida Red Ave, Apt 206<br>Sparta, MI 49345-1702<br><br>Brett N. Rodgers<br>ecf@rodgersch13.com | Chad Erbes<br>3785 - 13 Mile Rd NW<br>Sparta, MI 49345<br><br>Jeremy B. Shephard, Esq.<br>Andersen Ellis & Shephard<br>866 3 Mile Road NW Suite B<br>Grand Rapids, MI 49544<br>andersenefile@comcast.net |
|---|---|---|

By sending same electronically or by First Class U.S. Mail.

Dated <u>April 20, 2017</u>                      <u>     /s/John A. Potter     </u>
                                                      David Schoolenberg (P30810)
                                                      John A. Potter (P40691)
                                                      Twohey Maggini, PLC
                                                      Attorneys for Rogue River Community CU
                                                      161 Ottawa Ave, NW, Suite 212
                                                      Grand Rapids, Michigan 49503
                                                      Phone: (616) 459-6168
                                                      FAX:    (616) 899-4113
                                                      eMail:  jpotter@twoheylaw.com